**Order entered December 12, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-01037-CV

### SHARON R. CRAVER, Appellant

### V.

### WILMINGTON SAVINGS FUND SOCIETY, FSB NOT INDIVIDUALLY, BUT SOLELY AS TRUSTEE FOR NATIONSTAR HECM ACQUISITION TRUST 2020-1, Appellee

**On Appeal from the County Court**
**Kaufman County, Texas**
**Trial Court Cause No. 22C-123**

### ORDER

Before the Court is appellant's December 9, 2022 first motion to extend time to file her brief. We **GRANT** the motion and **ORDER** the brief be filed no later than January 9, 2023.

/s/     BILL PEDERSEN, III
JUSTICE